IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| MARY ANN DOLL-CARPENTER, | ) | Case No. 4:11cv00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge [ECF No. 22], recommending that Defendant's Motion for Summary Judgment [ECF No. 20] be granted and the Commissioner's final decision be affirmed.  Plaintiff has filed timely objections to the Magistrate's Report and Recommendation. [ECF No. 23.]  For the reasons stated in the accompanying Memorandum Opinion, I will **OVERRULE** Plaintiff's objections, **ADOPT** the Magistrate's Report and Recommendation, and **GRANT** Defendant's Motion for Summary Judgment.  I **AFFIRM** the Commissioner's final decision and **DISMISS** this case from the docket of this Court.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to *pro se* plaintiff, all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 7th day of May, 2012.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE